USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAMON ALBERTO AREVALO LOPEZ,
                                 Petitioner,

-against-

JEFFERSON B. SESSIONS III, et al.,
                                 Respondents.
-----------------------------------------------------------X

18 **CIVIL** 4189 (RWS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated June 12, 2018, the Petition of Arevalo Lopez is granted, and he is released under the terms of the Sponsorship Agreement. Immediate release under Mapp is denied.

**DATED:** New York, New York
           June 12, 2018

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                 **BY:** _____
                                                 **Deputy Clerk**